FILED
CLERK, U.S. DISTRICT COURT

NOV - 3 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CR 05-1265-ABC

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>Rudolph Nogales<br>　　　　Defendant. | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6)<br>Allegations of Violations of Probation<br>Supervised Release)<br>Conditions of Release) |

　　　In this case involving alleged violations of conditions of probation or supervised release, the Court finds no condition or combination of conditions that will reasonably assure:

　　　(A)　(✓)　the appearance of defendant as required; and/or

　　　(B)　(✓)　the safety of any person or the community.

//

//

1    The Court concludes that:
2  A.  (✓)  Defendant poses a risk to the safety of other persons or the
3         community because defendant has not demonstrated by clear and
4         convincing evidence that:
5
6         _Prior Records_
7         _Recent Arrests + Conduct on Supervision_
8
9
10 (B) (✓)  Defendant is a flight risk because defendant has not shown by clear
11        and convincing evidence that:
12
13        _Previous FTA in CT, FT Drug Test_
14
15
16
17   IT IS ORDERED that defendant be detained.
18
19 DATE: 11/3, 2011
20
21                               MICHAEL R. WILNER
22                               UNITED STATES MAGISTRATE JUDGE

2